UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SEDRICK LAMAR PERRY, | § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-92 |
| LORIE DAVIS, | § § § | |
| Respondent. | § § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation (M&R). (D.E. 11). The M&R recommends that the Court deny Petitioner Sedrick Perry's "motion to reopen case" (D.E. 10), construed by Judge Hampton as a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). (D.E. 11).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. Petitioner filed objections to the M&R. (D.E. 14). Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which the Petitioner's objections were directed, 28 U.S.C. § 636(b)(1), the Court **OVERRULES** Petitioner's objections (D.E. 14). Accordingly, the Court:

(1) **ADOPTS** the M&R in its entirety. (D.E. 11).

(2) Petitioner's motion to reopen this case is **DENIED**. (D.E. 10).

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
    October 8, 2020

1 / 1